Opinion by Ford, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

No. 53750.—Simon Import Corp. *v.* United States, protests 145274–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399); the claim of the plaintiff was sustained.

No. 53751.—Fuchs Shoe Corporation *v.* United States, protest 150586–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

No. 53752.—American Rug & Carpet Co., Inc., et al. *v.* United States, protests 135302–K, etc. (New York).

Opinion by Ford, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, NOVEMBER 29, 1949

No. 53753.—Winsor & Newton, Inc., et al. *v.* United States, protests 63251–K, etc. (New York).